IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00311-CR

 

Curtis Lee Foster,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 2008-1620-C2

 



MEMORANDUM  Opinion










 

            Curtis Lee Foster was convicted of
possession of a controlled substance and sentenced to 18 months in a state jail
facility.  See Tex. Health &
Safety Code Ann. § 481.115 (Vernon Supp. 2009).  Foster appealed that
conviction but has now filed a motion requesting this Court to dismiss the
appeal.  Foster personally signed the motion to dismiss.

            Accordingly, the appeal is dismissed. 
Tex. R. App. P. 42.2(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed November 25, 2009

Do
not publish

[CR25]